AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:26-cr-158-GAP-NWH**

**CHRISTOPHER ALEXANDER DELGADO**

## APPEARANCE BOND

### Defendant's Agreement

I, Christopher Alexander Delgado (*defendant*), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ☑ to appear for court proceedings;
- ☑ if convicted, to surrender to serve a sentence that the court may impose; or
- ☑ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(1) $1,000,000, unsecured signature bond

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Acceptance.* I, Christopher Alexander Delgado, have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, Christopher Alexander Delgado, declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 9-11-2026

*Defendant's signature*

*CLERK OF COURT*

Date: ______________________

Julie Reyes, *Deputy Clerk*

Approved.

Date: ______________________

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE