**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 6:26-cr-158-GAP-NWH**

**CHRISTOPHER ALEXANDER DELGADO**

# PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSETS

THIS CAUSE comes before the Court upon the United States of America's Motion (Doc. 97), pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), for a Preliminary Order of Forfeiture for the funds transferred to the Internal Revenue Service ("IRS") or this Court's registry by, or with the consent of, Christopher Delgado, the returned charitable donations held by the IRS, and the cryptocurrency seized by the IRS, all of which constitute or were derived from proceeds of the wire fraud conspiracy and substantive wire fraud offenses charged in Counts One and Two, to which he pleaded guilty:

***A. Funds***

1. $166,861.35 from Goliath Ventures International Account 30000849574 wired to the IRS from Christopher Delgado on or about February 25, 2026;

2. $596,532.00 in funds wired to the IRS on March 6, 2026, from Emirates NBD High Interest Yield Account 1015880399401 on or about February 24, 2026;

3. $585,099.00 deposited by Christopher Delgado from Emirates NBD High Interest Yield Account 1015880399401 into the Court Registry on June 2, 2026, plus any accrued interest;

4. $141,186.00 from Navy Federal Credit Union Account ending 8277 held by Christopher A. Delgado;

5. Net proceeds from the sale of the 2023 Ferrari 296 GTS, Vehicle Identification Number, VIN: ZFF01SMB000291713; and

6. Net proceeds from the sale of the 2023 Cadillac Escalade, VIN: 1GYS47KLXPR263920.

***B. Returned Charitable Donations***

1. $255,000.00 Cashier's Check from Alliance Bank of Arizona, which represents a donation made by Goliath Ventures that was returned by Victoria's Voice Foundation;

2. $10,000.00 Cashier's Check from PNC Bank, which represents a donation made by Goliath Ventures that was returned from Life and Liberty; and

3. $25,000.00 Cashier's Check from PNC Bank, which represents donation made by Goliath Ventures that was returned from Conservative Solutions for Florida.

***C. Cryptocurrency***

1. 2.116437636 Ethereum (ETH) in MetaMask Wallet Address 0xDec…9CA7;

2. 77,123,760 Medieval Empires (MEE) tokens in MetaMask Wallet Address 0xDec…9CA7; and

3. 8,709.08 USD (USDC) in MetaMask Wallet Address 0xDec…9CA7nt.

Being fully advised of the relevant facts, the Court hereby finds that the funds, returned charitable donations, and cryptocurrency identified above, constitute or were derived from proceeds of the wire fraud conspiracy and substantive wire fraud offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Accordingly, it is hereby:

**ORDERED, ADJUDGED**, and **DECREED** that for good cause shown, the United States' motion (Doc. 97) is **GRANTED**.

It is **FURTHER ORDERED** that the United States is entitled to forfeit the funds, returned charitable donations, and cryptocurrency identified above, which constitute or were derived from proceeds of the wire fraud conspiracy and substantive wire fraud offense charged in Counts One and Two, and are forfeitable under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

It is **FURTHER ORDERED** that the Clerk of Court, Middle District of Florida, shall transfer to the IRS the $585,099.00 deposited by Christopher Delgado from Emirates NBD High Interest Yield Account 1015880399401 into the Court Registry on June 2, 2026, plus any accrued interest.

The net proceeds from the forfeiture of the funds, returned charitable donations, and cryptocurrency forfeited from Delgado will be credited towards the satisfaction of the order of forfeiture.

It is **FURTHER ORDERED** that:

1. The United States will provide written notice to all third parties known to have an alleged legal interest in the funds, returned charitable donations, and cryptocurrency and will publish notice on the internet at www.forfeiture.gov.

2. That any person, other than Christopher Alexander Delgado, who has or claims any right, title or interest in the funds, returned charitable donations, and cryptocurrency must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the property. The petition should be mailed to the Office of the Clerk, United States District Court, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801, within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited funds, returned charitable donations, and cryptocurrency, the time and circumstances of the petitioners acquisition of the right, title or interest in the funds, returned charitable donations, and cryptocurrency and any additional facts surrounding the petitioner's claim and the relief sought.

4. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioners alleged interest in the funds, returned charitable donations, and cryptocurrency.

5. That upon adjudication of all third-party interests in the funds, returned charitable donations, and cryptocurrency this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of subject real property.

**DONE and ORDERED** in Chambers in Orlando, Florida, this 21st day of October, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Blain A. Goff, AUSA
All Parties/Counsel of Record